# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAVID A. MCCOY | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 20-3286 |
| ANDREW M. SAUL | : | |

## ORDER

**AND NOW**, this 16th day of July 2021, following our careful and independent consideration of the administrative record, the Plaintiff's Brief, Commissioner's Response and Plaintiff's Reply (ECF Doc. Nos. 17, 18, 19), review of Judge Rice's June 10, 2021 Report and Recommendation (ECF Doc. No. 20), Plaintiff's Objections to Judge Rice's Report and Recommendation (ECF Doc. No. 21) and Defendant's Response to the Objections (ECF Doc. No. 23), it is **ORDERED**:

1. Judge Rice's June 10, 2021 Report and Recommendation (ECF Doc. No. 20) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections (ECF Doc. No. 21) are **OVERRULED** and **DENIED;**

3. Plaintiff's Request for review and Motion for Summary Judgment (ECF Doc. No. 17) is **DENIED**; and,

4. The Clerk of Court shall **close** this case.

**KEARNEY, J.**